Of Counsel:
ES&A, Inc.
A Law Corporation

TRISHA C. GIBO   9751
ISAAC E. ROW    11678
Pauahi Tower, Suite 2750
1003 Bishop Street
Honolulu, Hawaiʻi 96813
Telephone: (808) 729-9400
Facsimile:  (808) 729-9425
E-mail:  tgibo@esandalaw.com
    irow@esandalaw.com

Attorneys for Defendant
HAWAIʻI PACIFIC UNIVERSITY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| ELLEN P. GAMBRIEL,<br><br>   Plaintiff,<br><br>vs.<br><br>HAWAII PACIFIC UNIVERSITY,<br><br>   Defendant. | CIVIL NO. 23-00168 JAO-WRP<br><br>**FIRST STIPULATION TO EXTEND INITIAL DISCLOSURES DEADLINE**; ORDER<br><br>Trial Judge:  Hon. Jill A. Otake<br>No Trial Date Set |

**FIRST STIPULATION TO EXTEND INITIAL DISCLOSURES DEADLINE**

   Pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure, Plaintiff ELLEN P. GAMBRIEL ("Plaintiff") and Defendant HAWAIʻI PACIFIC UNIVERSITY ("Defendant") (and together collectively referred to as the "Parties"), by and through their respective counsel of record, hereby stipulate and agree to

extend the initial disclosures deadline of June 13, 2023 to **August 17, 2023** (or one month subsequent to the court-mandating scheduling conference before Magistrate Judge Wes R. Porter).

DATED: Honolulu, Hawaiʻi, June 13, 2023.

      /s/ *Michael P. Healy*
MICHAEL P. HEALY
CHARLES M. BROWER
Attorneys for Plaintiff
ELLEN P. GAMBRIEL

DATED: Honolulu, Hawaiʻi, June 13, 2023.

      /s/ *Trisha C. Gibo*
TRISHA C. GIBO
ISAAC E. ROW
Attorneys for Defendant
HAWAIʻI PACIFIC UNIVERSITY

APPROVED AND SO ORDERED.

DATED: HONOLULU, HAWAII, June 14, 2023.



Wes Reber Porter
United States Magistrate Judge

---

*Ellen P. Gambriel v. Hawaii Pacific University*; Civil No. 23-00168 JAO-WRP; First Stipulation to Extend Initial Disclosures Deadline; Order